

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
KENT COUNTY
102 WEST WATER STREET
DOVER, DELAWARE 19904

CIVIL DIVISION (302) 739-7641
FAX (302) 739-7652
CRIMINAL DIVISION (302) 739-4211
FAX (302) 739-6727

September 6, 2022

**(Via Hand Delivery and CM/ECF)**

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

    Re:   *United States vs. Del. Dep't of Ins.*
             <u>Case no. 1:20-CV-829-MN-CJB (D. Del.)</u>

Dear Judge Noreika:

    Pursuant to the Court's Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Respondent, the Delaware Department of Insurance ("DDOI"), submits the enclosed courtesy copies of the filings associated with the Report and Recommendation of Judge Burke dated August 19, 2022 [D.I. #48] in the above-referenced matter, to which the Respondents timely filed Objections on September 2, 2022 [D.I. #49].

    The enclosed binder includes the following filings:

| <u>Tab</u> | <u>D.I. #</u> | <u>Filing</u> |
|---|---|---|
| 1. | 35 | Memorandum Opinion of 9/29/21; |
| 2. | 40 | DDOI 10/28/21 Motion to Stay Petition to Enforce IRS |

Honorable Maryellen Noreika
September 6, 2022
Page 2

|  |  |  |
|---|---|---|
|  |  | Summon Pending Appeal; |
| 3. | 43 | IRS 11/12/21 Answering Brief in Opposition to Motion To Stay Petition; |
| 4. | 44 | DDOI 11/19/21 Reply Brief in Support of Motion to Stay Petition; |
| 5. | 48 | 8/19/22 Report and Recommendation of Judge Burke; |
| 6. | 49 | DDOI 9/2/22 Objections to 8/19/22 Report and Recommendation of Judge Burke |
| 7. | n/a | Excerpts from Robert W. Klein, Ph.D., Ph.D., *A Regulator's Introduction to the Insurance Industry* 133-40 (2d ed. 2005)(cited at pg. 14 of Objections) (Full Document available upon request); and |
| 8. | n/a | National Association of Insurance Commissioners, *State Insurance Regulation* (2011) (cited at pg. 14 of Objections). |

Respectfully submitted,

*/s/ Kathleen P. Makowski*

Kathleen P. Makowski

cc: Kyle J. Bishop, Esq (via email only w/ electronic copies only)
Wardlow W. Benson, Esq. (via email only w/ electronic copies only)