IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 20-829 (MN) (CJB) |
| | ) |
| DELAWARE DEPARTMENT OF INSURANCE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

At Wilmington, this 15th day of March 2023;

Presently before the Court are the objections (D.I. 49) of Respondent Delaware Department of Insurance ("DDOI" or "Respondent") to Magistrate Judge Burke's August 19, 2022 Report and Recommendation (D.I. 48) ("the Report"). The Report recommended denying Respondent's Motion to Stay Petition to Enforce an Internal Revenue Service Summons Pending Appeal ("the Motion"). (D.I. 40). The Court has reviewed the Report (D.I. 48), Respondent's objections (D.I. 49) and Petitioner's response thereto (D.I. 51), and the Court has considered *de novo* the objected-to portions of the Report, the relevant portions of the Petition and supporting documentation (D.I. 1, 3 & 5), the Motion and the response and reply thereto (D.I. 40, 43 & 44) as well as the transcript of the oral argument held before Judge Burke on March 12, 2021 (D.I. 47). The Court has also afforded reasoned consideration to any unobjected-to portions of the Report. *EEOC v. City of Long Branch*, 866 F.3d 93, 99-100 (3d Cir. 2017). The Court agrees with the recommendation in the Report and would overrule the objections absent the circumstances here, *i.e*, that the appeal of this matter was argued before the Third Circuit on November 8, 2022 and a decision is pending. Having the case proceed at this point risks a waste of resources by the parties

and the Court. THEREFORE, at the discretion of the Court, IT IS HEREBY ORDERED that this case is STAYED pending the decision on appeal. Within fourteen (14) days after the decision is issued, the parties shall file a joint status report.

                                                          */s/ Maryellen Noreika*
                                                          The Honorable Maryellen Noreika
                                                          United States District Judge