May 2, 2023

(Via CM/ECF)
Hon. Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re:    *United States vs. Del. Dep't of Ins.*
               Case No. 1:20-cv-829-MN-CJB (D. Del.)

Dear Judge Noreika:

      As per your Order of March 15, 2023 (D.I. 52), this letter is a status report in the above-captioned case. On April 21, 2023, the Third Circuit issued an opinion affirming this Court's Order of September 29, 2001. A copy of that decision is attached.

      Pursuant to Fed. R. App. P. 41, the mandate does not issue until seven (7) days after the later of: (1) the time to file a motion for reargument *en banc* is filed (since the United States is a party, that date is June 5, 2023, *i.e.*, 45 days after the date of the Opinion); and (2) the denial of reargument. It is the Department of Insurance's intent to file a motion for reargument *en banc*.

      To the extent that the Court's stay terminated upon the filing of the Third Circuit's Opinion, and not the effective date of its final determination, the Department of Insurance intends to seek a stay of this Court's order consistent with Appellate Rule 41 (*i.e.* that it be stayed until seven (7) days after the denial of a motion for reargument or the expiration of the time for seeking reargument without the filing of a motion.)

      The United States believes that, according to the plain language of the Court's earlier order, the stay dissolved upon the issuance of the decision by the Third Circuit. However, to avoid wasting resources of the United States or Delaware, the parties respectfully request that the Court either convene a conference between the parties or issue a further order clarifying the status of the stay it imposed in its earlier order. (D.I. 52). The parties are available for such a conference this week as well as next week.

In the interim, the Department of Insurance is preparing to produce the relevant summonsed information to the United States when appropriate, notwithstanding the fact that its legal disputes with the federal government may remain pending.

Hon. Maryellen Noreika
May 2, 2023
Page Two

      The parties look forward to continuing to work together as well as with this Court to resolve this dispute as amicably as possible.

Respectfully,

<u>/s/ Kyle L. Bishop</u>
U.S. Dept. of Justice
Civil Trial Section, Eastern Region
Kyle.L.Bishop@usdoj.gov
(202) 616-1878

<u>/s/ Kathleen P. Makowski (#3648)</u>
Deputy Attorney General
Delaware Department of Justice
Kathleen.Makowski@Delaware.gov
(302) 674-7326

and

James J. Black, III, Esq. (admitted pro hac)
Black & Gerngross, PC
JBlack@blackgern.com
(215) 636-1650

Enclosure