UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-3008
_____

UNITED STATES OF AMERICA

v.

STATE OF DELAWARE DEPARTMENT OF INSURANCE,
Appellant
_____

On Appeal from the United States District Court
For the District of Delaware
(D.C. No. 1-20-cv-0829)
District Judge: Honorable Maryellen Noreika
_____

Argued
November 8, 2022

Before: JORDAN, SCIRICA, and RENDELL, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was argued on November 8, 2022. On consideration whereof,

It is now hereby ORDERED and ADJUDGED that the Judgment of the District Court entered on September 29, 2021, is hereby Affirmed. All of the above in accordance with the opinion of this Court. Each party to bear its own costs.

ATTESTED:

s/Patricia S. Dodszuweit
Clerk

DATE: April 21, 2023

**Certified as a true copy and issued in lieu of a formal mandate on** July 18, 2023

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**