Case 1:20-cv-00829-MN-CJB   Document 56   Filed 09/08/23   Page 1 of 2 PageID #: 703



**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
KENT COUNTY
102 WEST WATER STREET
DOVER, DELAWARE 19904

CIVIL DIVISION (302) 739-7641
FAX (302) 739-7652
CRIMINAL DIVISION (302) 739-4211
FAX (302) 739-6727

September 8, 2023

**(Via CM/ECF)**

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

    Re:    *United States vs. Del. Dep't of Ins.*
              Case No. 1:20-CV-829-MN-CJB (D. Del.)

Dear Judge Noreika:

Pursuant to the Court's Order of August 30, 2023 (D.I. #55), this letter is a joint status report from the Parties in the above-captioned case.

On July 21, 2023, the Department of Insurance (the "Department") filed an Emergency Application To Stay Proceedings and Recall The Third Circuit's Mandate Pending the Filing of a Petition for a Writ of Certiorari (the "Emergency Motion") before the United States Supreme Court. Following that filing, the Parties reached an interim agreement that the Department will begin producing files and the IRS will hold those files as confidential in accordance with the requirements of the Delaware statute until such time as either the Supreme Court denies the Department's Writ of Certiorari or issues a substantive decision if the Writ is granted. As a result of this agreement, the Department withdrew the Emergency Motion.

Honorable Maryellen Noreika
September 8, 2023
Page 2

      The Department has begun producing files to the IRS and the Parties are working cooperatively to complete that production. The Parties will alert the Court if that cooperation does not continue. We are available at the Court's convenience should you have any questions.

      Respectfully submitted,

| | |
|---|---|
| */s/ Kyle L. Bishop* | */s/ Kathleen P. Makowski* |
| U.S. Dept. of Justice | Deputy Attorney General |
| Civil Trial Section, Eastern Region | Delaware Department of Justice |
| Kyle.L.Bishop@usdoj.gov | Kathleen.Makowski@Delaware.gov |
| (202 616-1878 | (302) 674-7326 |
| | And |
| | James J. Black, III, Esq. (admitted pro hac) |
| | Black & Gerngross, PC |
| | JBlack@blackgern.com |
| | (215) 636-1650 |