

**DEPARTMENT OF JUSTICE**
KENT COUNTY
102 WEST WATER STREET
DOVER, DELAWARE 19904

CIVIL DIVISION (302) 739-7641
FAX (302) 739-7652
CRIMINAL DIVISION (302) 739-4211
FAX (302) 739-6727

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

November 9, 2023

**(Via CM/ECF)**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

   Re: *United States vs. Del. Dep't of Ins.*
     <u>Case No. 1:20-CV-829-MN-CJB (D. Del.)</u>

Dear Judge Burke:

   Pursuant to the Court's Order of September 11, 2023 (D.I. #57), this letter is a joint status report from the Parties in the above-captioned case.

   As the Parties previously reported on September 8, 2023 (D.I. #56), on July 21, 2023, the Department of Insurance (the "Department") filed an Emergency Application To Stay Proceedings and Recall The Third Circuit's Mandate Pending the Filing of a Petition for a Writ of Certiorari (the "Emergency Motion") before the United States Supreme Court.  Following that filing, the Parties reached an interim agreement that the Department will begin producing files and the IRS will hold those files as confidential in accordance with the requirements of the Delaware statute until such time as either the Supreme Court denies the Department's Writ of Certiorari or issues a substantive decision if the Writ is granted.  As a result of this agreement, the Department withdrew the Emergency Motion.  The Petition for Writ of Certiorari

The Honorable Christopher J. Burke
November 9, 2023
Page 2

has been filed and is fully briefed, including an Amicus in Support of the Writ filed by the National Association of Insurance Commissioners, the record has been transmitted to the Justices, and the matter is scheduled to be first considered at the Court's November 17, 2023 conference.

The Department continues to produce files to the IRS and the Parties are working cooperatively to complete that production. The Parties will alert the Court if that cooperation does not continue. We are available at the Court's convenience should you have any questions.

Respectfully submitted,


/s/ Kyle L. Bishop

U.S. Dept. of Justice
Civil Trial Section, Eastern Region
Kyle.L.Bishop@usdoj.gov
(202) 616-1878

/s/ Kathleen P. Makowski (#3648)

Deputy Attorney General
Delaware Department of Justice
Kathleen.Makowski@Delaware.gov
(302) 674-7326

And

James J. Black, III, Esq. (admitted pro hac)
Black & Gerngross, PC
JBlack@blackgern.com
(215) 636-1650