

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
KENT COUNTY
102 WEST WATER STREET
DOVER, DELAWARE 19904

CIVIL DIVISION (302) 739-7641
FAX (302) 739-7652
CRIMINAL DIVISION (302) 739-4211
FAX (302) 739-6727

January 11, 2024

**(Via CM/ECF)**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

    Re:   *United States vs. Del. Dep't of Ins.*
            Case No. 1:20-CV-829-MN-CJB (D. Del.)

Dear Judge Burke:

    Pursuant to the Court's Order of November 13, 2023 (D.I. #59), this letter is a joint status report from the Parties in the above-captioned case.

    As the Parties previously reported on September 8, 2023 (D.I. #56), on July 21, 2023, the Department of Insurance (the "Department") filed an Emergency Application To Stay Proceedings and Recall The Third Circuit's Mandate Pending the Filing of a Petition for a Writ of Certiorari (the "Emergency Motion") before the United States Supreme Court. Following that filing, the Parties reached an interim agreement that the Department will begin producing files and the IRS will hold those files as confidential in accordance with the requirements of the Delaware statute until such time as either the Supreme Court denies the Department's Writ of Certiorari or issues a substantive decision if the Writ is granted. As a result of this agreement, the Department withdrew the Emergency Motion. The Petition for Writ of Certiorari

The Honorable Christopher J. Burke
January 11, 2024
Page 2

was denied on November 20, 2023. As a result, the Parties are working cooperatively to address issues that have arisen with certain aspects of the production, but the Parties are working towards resolving those issues consensually.

Meanwhile, the Department continues to produce files to the IRS and the Parties are working cooperatively to complete that production. The Parties will alert the Court if that cooperation does not continue. We are available at the Court's convenience should you have any questions.

Respectfully submitted,

*/s/ Kyle L. Bishop*

U.S. Dept. of Justice
Civil Trial Section, Eastern Region
Kyle.L.Bishop@usdoj.gov
(202) 616-1878

*/s/ Kathleen P. Makowski (#3648)*

Deputy Attorney General
Delaware Department of Justice
Kathleen.Makowski@Delaware.gov
(302) 674-7326

And

James J. Black, III, Esq. (admitted pro hac)
Black & Gerngross, PC
JBlack@blackgern.com
(215) 636-1650