

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
KENT COUNTY
102 WEST WATER STREET
DOVER, DELAWARE 19904

CIVIL DIVISION (302) 739-7641
FAX (302) 739-7652
CRIMINAL DIVISION (302) 739-4211
FAX (302) 739-6727

March 11, 2024

**(Via CM/ECF)**

Hon. Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:   *United States vs. Del. Dep't of Ins.*
            Case No. 1:20-cv-829-MN-CJB (D. Del.)

Dear Judge Noreika:

    As per your recent order (D.I. 61), this letter is a status report in the above-captioned case.

    Since the status report jointly filed by the parties two months ago (D.I. 60), the Department of Insurance and the United States have continued to work cooperatively to complete the production required by the IRS summons. The parties continue to address issues that have arisen with certain aspects of the production, and continue to believe they will be able to resolve these issues without further involvement by the Court. During this time, the Department of Insurance has continued to produce files to the IRS.

    The parties will alert the Court if they are unable to resolve any issues that arise during this process. The parties remain available at the Court's convenience to answer any questions.

                           *SIGNATURES ON NEXT PAGE*

The Honorable Maryellen Noreika
March 11, 2024
Page 2

Respectfully submitted,

*/s/ Kyle L. Bishop*

U.S. Dept. of Justice
Civil Trial Section, Eastern Region
Kyle.L.Bishop@usdoj.gov
(202) 616-1878

*/s/ Kathleen P. Makowski (#3648)*

Deputy Attorney General
Delaware Department of Justice
Kathleen.Makowski@Delaware.gov
(302) 674-7326

And

James J. Black, III, Esq. (admitted pro hac)
Black & Gerngross, PC
JBlack@blackgern.com
(215) 636-1650