

| | | |
|---|---|---|
| **KATHLEEN JENNINGS**<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>KENT COUNTY<br>102 WEST WATER STREET<br>DOVER, DELAWARE 19904 | CIVIL DIVISION (302) 739-7641<br>FAX (302) 739-7652<br>CRIMINAL DIVISION (302) 739-4211<br>FAX (302) 739-6727 |

August 13, 2024

**(Via CM/ECF)**

Hon. Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re:    *United States vs. Del. Dep't of Ins.*
                 Case No. 1:20-cv-829-MN-CJB (D. Del.)

Dear Judge Noreika:

      Pursuant to Magistrate Burke's order dated May 15, 2024 (D.I. 61), this letter is a status report in the above-captioned case.

      Since the status report jointly filed by the parties on March 11, 2024 (D.I. 63) and the status conference with Magistrate Burke on May 13, 2024, the Department of Insurance and the United States have continued to work cooperatively to complete the production required by the IRS summons. The Department submits that all records responsive to the Summons have been produced. The United States is completing its review of those records and reserves its rights to confirm that the production is complete. To that end, the United States requests additional time to complete this review. The Department has no objection. The Parties will submit another joint status report on October 15, 2024 at which time the Parties will either confirm that the production is complete and the matter can be closed, or identify an issue or issues which require the Court's attention.

The Honorable Maryellen Noreika
August 13, 2024
Page 2

The parties remain available at the Court's convenience to answer any questions.

Respectfully submitted,

| | |
|---|---|
| */s/ Kyle L. Bishop* | */s/ Kathleen P. Makowski (#3648)* |
| U.S. Dept. of Justice | Deputy Attorney General |
| Civil Trial Section, Eastern Region | Delaware Department of Justice |
| Kyle.L.Bishop@usdoj.gov | Kathleen.Makowski@Delaware.gov |
| (202) 616-1878 | (302) 674-7326 |
| | |
| | And |
| | |
| | James J. Black, III, Esq. (admitted pro hac) |
| | Black & Gerngross, PC |
| | JBlack@blackgern.com |
| | (215) 636-1650 |