

U.S. Department of Justice

Tax Division

Please reply to:   Civil Trial Section, Eastern Region
P.O. Box 227
Washington, D.C. 20044
Fax No. 202-514-6866

**(Via CM/ECF)**

Hon. Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re:    *United States vs. Del. Dep't of Ins.*
                  Case No. 1:20-cv-829-MN-CJB (D. Del.)

Dear Judge Noreika:

    Pursuant to Magistrate Burke's order dated August 14, 2024 (D.I. 67), this letter is a status report in the above-captioned case.

    The parties jointly report to the Court that the document production in this case is complete and that the Court may close this matter.

    The parties remain available at the Court's convenience to answer any questions.

                                    Respectfully submitted,

| */s/ Kyle L. Bishop* | */s/ Kathleen P. Makowski (#3648)* |
|---|---|
| KYLE L. BISHOP | Deputy Attorney General |
| Trial Attorney, Tax Division | Delaware Department of Justice |
| U.S. Dept. of Justice | Kathleen.Makowski@Delaware.gov |
| PO Box 227, Ben Franklin Station | (302) 674-7326 |
| Washington, DC 20044 | |
| Tel: 202-616-1878 | And |
| Fax: 202-514-6866 | |
| Kyle.L.Bishop@usdoj.gov | James J. Black, III, Esq. (admitted pro hac) |
| | Black & Gerngross, PC |
| | JBlack@blackgern.com |
| | (215) 636-1650 |